COLWELL LEAD COMPANY, Respondent, *v.* HOME TITLE INSURANCE COMPANY OF NEW YORK, Appellant.

*Colwell Lead Co.* v. *Home Title . Ins. Co.*, 154 App. Div. 83, affirmed.

(Argued April 15, 1913; decided April 29, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1912, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the answer in an action for conversion.

The following question was certified: "Is the second separate defense in the defendant's amended answer, verified January 19, 1912, sufficient in law upon the face thereof?"

*Harry Percy David* for appellant.

*Cuthbert W. Jewell* and *R. B. Honeyman* for respondent.

Order affirmed, with costs; and question certified. answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.